UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:23-cv-00634-SSS-SPx | Date | October 22, 2024 |
|---|---|---|---|
| Title | *Zheng Gong v. Alejandro Mayorkas, et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED [DKT. 14]**

The Court is in receipt of Defendants' Notice of Mootness of Action filed on October 9, 2024. [Dkt. 14]. The notice indicates that the action is moot due to Plaintiff having received the relief sought in his complaint through other means. [Id.]. The Court directs the parties to file a response to this Order showing why the case should not be dismissed for mootness by November 20, 2024.

**IT IS SO ORDERED.**